# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ARRAIGNMENT AND PLEA MINUTES** |
| **CASSANDRA E. MAVES** | Case No. **24-CR-178** |

HONORABLE JAMES R. SICKEL, presiding  Hearing Began: 3:34 pm
Deputy Clerk: Lori  Hearing Ended: 3:52 pm
Hearing Held: September 17, 2024  Tape Number: Zoom 091724

**Appearances:**

UNITED STATES OF AMERICA by:  Daniel R. Humble
CASSANDRA E. MAVES by:  Thomas E. Phillip
  ☒ FDS  ☐ CJA  ☐ RET

U.S. PROBATION OFFICE by:  Robert Herman
INTERPRETER: ☐ None  ☐ Sworn  None

Defendant appears via video conference.
☒ Defendant consents to proceed via video from Brown County Jail.

☒ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☒ Felony  ☐ Misdemeanor

Speedy Trial Date: 11/26/24   District Judge: William C. Griesbach
Final Pretrial Conf.: 11/12/24 at 1:30 pm   Magistrate Judge: Stephen C. Dries
Jury Trial Date: 11/25/24 at 8:30 am   Motions Due: 10/2/24
Trial Length Estimate: 2 days   Responses Due: 10/15/24
   Replies Due: 10/21/24

☒ Defendant advised of rights  ☒ Government to disclose grand jury materials one day prior to trial
☒ Court orders counsel appointed
☒ Defendant advised of charges, penalties, and fines  ☐ Oral Motion for Complex Designation
☒ Copy of indictment received by defendant   ☐ Granted  ☐ Denied
  ☒ document read as to charges  ☒ further reading waived
   ☐ Referred to Stephen C. Dries
☒ Not guilty plea entered by: ☒ Defendant  ☐ Court  ☐ Case designated complex
   ☒ Expanded discovery policy applies

**THE COURT ORDERS** that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

Maximum Penalties:
Both counts have the same penalties: mandatory minimum 5 years – 20 years; Fine: $250,000.00; SR: 5 years – Life; SA: $100; if found not to be indigent a $5000 special assessment would apply to each count

- ☒ Detention hearing held.
- ☒ Defendant released on: ☒ O/R bond; ☐ Cash bond; ☐ Property bond; ☒ with conditions. SEE Order Setting Conditions of Release.
- ☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
- ☐ Court orders federal detainer.
- ☐ Defendant is ordered temporarily detained. Detention hearing set for:
- ☐ Detention continued.
- ☐ Bond continued: ☐ as previously set, or ☐ as modified:

The Court reviews the Pretrial Services Report.
The report recommends release with conditions.
Mr. Humble is in agreement with the report.
Mr. Phillip has no objections to the conditions of release.
The defendant will be released with the conditions set forth in the pretrial services report.